THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE BURGOS, Appellant. [901 NYS2d 896]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Green, Pine and Gorski, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [901 NYS2d 896]—Motion for reargument, or in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Green and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY J. LOWMAN, Appellant. [903 NYS2d 298]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Fahey, Peradotto and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. HATHAWAY, Appellant. [901 NYS2d 896]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey and Gorski, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE STROMAN, Appellant. [901 NYS2d 896]—Motion for reconsideration denied. Present—Smith, J.P., Centra, Green and Pine, JJ.

 STANLEY A. GIZOWSKI, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 112634.) [901 NYS2d 896]—Motion for renewal of motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Green and Gorski, JJ.